# Exhibit 1

## Fwd: FOIA Request - Rev. Francis Joseph Atlas

Date: Thu, May 16, 2019 at 5:49 PM
Subject: FOIA Request - Rev. Francis Joseph Atlas
To: specialaccess_foia@nara.gov <specialaccess_foia@nara.gov>

Nicka Smith

National Archives and Records Administration
Special Access and FOIA Staff (RD-F)
8601 Adelphi Road, Room 5500
College Park, MD 20740
FAX (301) 837-1864
E-mail: specialaccess_foia@nara.gov

To whom it may concern,

I am interested in obtaining the FBI file for Rev. Francis Joseph Atlas, Sr. Previously, I submitted an FOIA request to the FBI directly and they directed me to NARA and to "Use file numbers 44-HQ-20626 & 56-HQ-2293 as a reference." Based upon the information on your website, these appear to be FBI Headquarters files.

Please advise on how to proceed.

Thanks!
Nicka Smith



Loevy & Loevy Mail - Fwd: FOIA RD 61476 regarding Rev. Francis Joseph Atlas

**Exhibit 2**

## Fwd: FOIA RD 61476 regarding Rev. Francis Joseph Atlas

---------- Forwarded message ---------
From: **Jennifer Namsiriwan Crabb** <jennifer.namsiriwan@nara.gov>
Date: Wed, May 22, 2019 at 10:08 AM
Subject: FOIA RD 61476 regarding Rev. Francis Joseph Atlas
To: <whoisnickasmith@gmail.com>


Dear Nicka Smith,

This is in response to your Freedom of Information Act (FOIA) request dated May 16, 2019 for records in the custody of the National Archives and Records Administration (NARA). You requested access to Federal Bureau of Investigation (FBI) case files 44-HQ-20626 and 56-HQ-2293 which were identified by the FBI as potentially responsive to your request for records pertaining to Rev. Francis Joseph Atlas, Sr. Your request was received in this office on May 17, 2019 and assigned FOIA case number **RD 61476.**

We located and surveyed case file number 44-HQ-20626. The subject of the file is Cross Burnings, East Carroll Parish, Louisiana, Francis Joseph Atlas, et. Al – victims. The file consists of approximately 80 pages within one section. It was compiled between July 1962 and November 1962 as part of a security investigation conducted by the FBI.

We also examined case file number 56-HQ-2293. The subject of the file Inspection and Copying of Voter Registration Records, East carroll Parish, Louisiana. Francis Joseph Atlas is mentioned in the file. It consists of approximately 600 pages within three sections and one sub-A file. It was compiled between May 1960 and and May 1973 as part of a security investigation conducted by the FBI.

The files require screening for categories of information exempted from disclosure under the FOIA. Specifically, there are documents which may be redacted in order to protect the identities of named informants or confidential sources, including FBI informant codes or informant file numbers.

We have added your request to our first tier processing queue. This queue is reserved for requests that consist of less than 700 pages. Taking into consideration our existing backlog, the estimated time required to complete the processing of your request is approximately 30 months from the date of this correspondence. We will notify you as soon as our review of the files is complete.

Please note that once we have notified you that our review is complete, you may either visit our College Park, MD facility to view the files at no cost or order a reproduction. You may order a reproduction copy at the cost of $0.80 per page by contacting our office to place an order. We estimate that the cost of a reproduction will be $544.

Please notify this office of any change of address that may occur during the time required to complete the processing of your request. To inform our staff regarding a change in your contact information or to track the status of your case, you may call our customer service number at (301) 837-3190 or send an email to specialaccess_foia@nara.gov. If you have any other questions, you may email me at jennifer.namsiriwan@nara.gov. Please cite your FOIA case number **RD 61476** in any further communications concerning this request.

In the event that any correspondence to you from this office is returned as undeliverable, no forwarding address, we will presume that you are no longer interested in pursuing the case and it will be closed.

If you are not satisfied with our action on this request, you have the right to file an administrative appeal within ninety (90) calendar days from the date of this letter. Appeals must be in writing and may be delivered by regular U.S. mail or by e-mail. By filing an appeal, you preserve your rights under the Freedom of Information Act and present the deciding agency with an opportunity to review your request and reconsider its decision. If you submit your appeal by regular mail, it should be addressed to the Deputy Archivist of the United States (ND), National Archives and Records Administration, 8601 Adelphi Road, Room 4200, College Park, Maryland 20740-6001. Both the letter and envelope should be clearly marked "FOIA Appeal." If you submit your appeal by e-mail, please send it to foia@nara.gov, addressed to the Deputy Archivist, with the words "FOIA Appeal" in the subject line. If you exercise your right to appeal, please explain why you believe this response does not meet the requirements of the Freedom of Information Act. All communications concerning this request should reference FOIA tracking number **RD 61476**.

If you would like the opportunity to discuss my response and attempt to resolve your dispute without initiating the appeals process, you may contact our FOIA Public Liaison for assistance:

Accessioned Executive Branch Records – Washington, DC Area
FOIA Requester Service Center: 301-837-3190
Acting FOIA Public Liaison: Britney Crawford
8601 Adelphi Road, Room 5500
College Park, MD 20740-6001
Telephone: 301-837-3190
E-mail: dc.foia.liaison@nara.gov

If you are unable to resolve your dispute through our Public Liaison, the Office of Government Information Services (OGIS) is the federal FOIA ombudsman. OGIS offers mediation services to help resolve disputes between FOIA requesters and federal agencies. You may contact OGIS at the following address:

Office of Government Information Services (OGIS)
National Archives and Records Administration
8601 Adelphi Road, Room 2510
College Park, MD 20740-6001
ogis@nara.gov
202-741-5770
1-877-684-6448

Sincerely,


Jennifer Namsiriwan Crabb
Archivist
Special Access and FOIA Branch (RD-F)
National Archives and Records Administration
https://www.archives.gov/research/foia



3/19/24, 12:11 PM                      Case 1:24-cv-01288-JEB   Document 1-1   Filed 04/26/24   Page 4 of 5
Loevy & Loevy Mail - Fwd: FOIA RD 61476 regarding Rev. Francis Joseph Atlas

Exhibit 3



Meagan Shinker <shinker@loevy.com>

## Fwd: FOIA RD 61476 regarding Rev. Francis Joseph Atlas

From: **Special Access and FOIA e-mail** <specialaccess_foia@nara.gov>
Date: Mon, Jan 22, 2024 at 12:22 PM
Subject: Re: FOIA RD 61476 regarding Rev. Francis Joseph Atlas
To: Special Access and FOIA e-mail <specialaccess_foia@nara.gov>
CC: Nicka Sewell-Smith <whoisnickasmith@gmail.com>

Dear Nicka Sewell-Smith:

I am writing in response to your request for a status update on the Freedom of Information Act (FOIA) request received by this office on May 17, 2019 for records in the custody of the National Archives and Records Administration. The request was assigned FOIA case tracking number RD 61476 and placed in Tier 1 for review.

To give you an indication of our existing backlog for requests in Tier 1: there are approximately 225 requests ahead of yours and we are currently processing requests received in May 2018.

Please note, we will not respond to status update requests more than once every six months.

To notify this office of a change in your contact information or to track the status of your request, please telephone 301-837-3190 or e-mail specialaccess_foia@nara.gov. All communications concerning this request should reference your case tracking number RD 61476.

Jermaine Scott
Special Access and FOIA Program

On Thursday, January 18, 2024 at 9:53:51 AM UTC-5 Nicka Sewell-Smith wrote:
> Hi.
>
> I was directed to this email address by the DC FOIA liasion in order to get a status update on a file I requested in 2019. They mentioned that the previous archivist assigned to my RD has since left NARA.

Thanks for your help!

[Quoted text hidden]