IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICKA SEWELL-SMITH ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:24-cv-01239 (JEB) |
| ) | |
| NATIONAL ARCHIVES AND RECORDS ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Plaintiff, Nicka Sewell-Smith, by and through undersigned counsel, respectfully requests an extension of time – to July 2, 2024 – to file the Joint Status Report. In support of this motion, Plaintiff states the following:

1. According to the Minute Order of May 31, 2024, the parties are to file a joint status report by June 14, 2024.

2. Plaintiff requests an 18-day extension of this deadline – up to and including July 2, 2024.

3. The undersigned counsel for Plaintiff will be traveling out-of-state on June 13-23, 2024.

4. This is Plaintiff's first request for an extension.

5. Pursuant to Local Rule 7(m), the undersigned counsel for Plaintiff conferred with Defendants' counsel, who indicated that Defendants consent to the relief requested herein. Counsel for the parties agreed on July 2, 2024 as a mutually convenient date for their schedules.

WHEREFORE, for the foregoing reasons and with Defendants' consent, Plaintiff

respectfully request that the Court grant this Consent Motion for Extension of Time to File Joint Status Report and allow the parties to file the joint status report on or before July 2, 2024. A proposed order consistent with this request is attached herewith.

RESPECTFULLY SUBMITTED,

*Merrick Wayne*

_____

Attorneys for Plaintiff

Matthew Topic, DC Bar No. IL0037
Merrick Wayne, DC Bar No. IL0058
Stephen Stich Match, DC Bar No. MA0044
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICKA SEWELL-SMITH,          )  | |
| )  | |
| Plaintiff,         )  | |
| v.                                )  | Case No. 1:24-cv-01239 (JEB) |
| )  | |
| NATIONAL ARCHIVES AND RECORDS )  | |
| ADMINISTRATION,               )  | |
| )  | |
| Defendants.      )  | |

## [PROPOSED] ORDER

It is ordered that the Consent Motion for Extension of Time to File Joint Status Report filed by Plaintiff is granted and the deadline for the next joint status report is extended from June 14, 2024 to July 2, 2024. The parties shall file a joint status report by July 2, 2024.

Dated: _____

UNITED STATES DISTRICT COURT JUDGE