UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICKA SEWELL-SMITH,<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL ARCHIVES AND RECORDS<br>ADMINISTRATION,<br><br>   Defendant. | Civil Action No. 24-1239 (JEB) |

## __JOINT STATUS REPORT__

  Plaintiff Nicka Sewell-Smith and Defendant National Archives and Records Administration, through counsel, respectfully submit this Joint Status Report pursuant to the Court's May 31, 2024, Minute Order.

  1.  This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on April 26, 2024, and Defendant timely answered on May 31, 2024.  The case concerns a May 16, 2019, FOIA request from Plaintiff to the National Archives and Records Administration.

  2.  On May 31, 2024, the Court ordered "that the parties shall meet, confer, and file a joint proposed schedule for briefing or disclosure by July 2, 2024."

  3.  On January 24, 2024, Defendant emailed Plaintiff to inform her that the previous case manager who handled her request had left the agency.  Defendant gave Plaintiff the contact information for the new case manager and informed Plaintiff that there were currently 225 requests ahead of hers.  At the time, Defendant was processing requests received in May 2018.

4.     Defendant reports that it completed its search for responsive records and located two FBI files totaling 942 pages.  Defendant reports that its policy is to only release a complete FBI case file when review of the entire case is complete.

5.     Defendant reports that it anticipates it will complete processing of the request by August 30, 2024.  Plaintiff reports that she has agreed to Defendant completing processing by August 30, 2024.  Accordingly, the Parties believe that it would be premature to propose a briefing schedule at this time.

6.     The parties propose that they file an additional Joint Status Report on or before September 4, 2024, to update the Court on the status of the National Archives and Records Administration's handling of the request, including any proposals the parties may have for further steps in this lawsuit.

Dated: July 2, 2024

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
Phone: (312) 243-5900
Email: foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Christina O'Tousa_____
     CHRISTINA O'TOUSA, D.C. Bar #241667
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2437
     christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*