UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICKA SEWELL-SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>　　　　Defendant. | Civil Action No. 24-1239 (JEB) |

**JOINT STATUS REPORT**

Plaintiff Nicka Sewell-Smith and Defendant National Archives and Records Administration, through counsel, respectfully submit this Joint Status Report pursuant to the Court's July 3, 2024, Minute Order.

1.　This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on April 26, 2024, and Defendant timely answered on May 31, 2024. The case concerns a May 16, 2019, FOIA request from Plaintiff to the National Archives and Records Administration.

2.　NARA reports that it completed its review of the responsive records and has issued its response to Plaintiff's FOIA request. On July 29, 2024, NARA sent a response letter to Plaintiff detailing the responsive records processed for release, subject to withholdings under FOIA Exemptions 6, 7(C), and 7(D). In lieu of scheduling an appointment to view the responsive records in person at the National Archives at College Park, Maryland, Plaintiff requested a reproduction copy of the files on July 29, 2024, and Defendant provided a reproduction price quote with payment instructions on July 31, 2024. Once Defendant confirmed receipt of payment from Plaintiff, it sent Plaintiff the completed reproduction order on August 30, 2024.

3. Plaintiff needs additional time to review the records. The parties intend to meet and confer once Plaintiff's review is complete.

4. The parties propose that they file an additional Joint Status Report on or before November 4, 2024, to inform the Court whether any issues remain in this litigation and to propose, if necessary, a schedule for further proceedings.

| | |
|---|---|
| Dated: September 4, 2024 | Respectfully submitted, |
| */s/ Merrick Wayne*<br>Matthew Topic, D.C. Bar No. IL0037<br>Merrick Wayne, D.C. Bar No. IL0058<br>Stephen Stich Match, D.C. Bar No. MA0044<br>LOEVY & LOEVY<br>311 N Aberdeen St, 3rd Fl<br>Chicago, IL 60607<br>Phone: (312) 243-5900<br>Email: foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:     */s/ Christina O'Tousa*<br>CHRISTINA O'TOUSA, D.C. Bar #241667<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2437<br>christina.o'tousa@usdoj.gov<br><br>*Attorneys for the United States of America* |