UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICKA SEWELL-SMITH,<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>   Defendant. | Civil Action No. 24-1239 (JEB) |

## JOINT STATUS REPORT

  Plaintiff Nicka Sewell-Smith and Defendant National Archives and Records Administration, through counsel, respectfully submit this Joint Status Report pursuant to the Court's September 5, 2024, Minute Order.

  1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on April 26, 2024, and Defendant timely answered on May 31, 2024. The case concerns a May 16, 2019, FOIA request from Plaintiff to the National Archives and Records Administration.

  2. NARA reports that it completed its review of the responsive records and has issued its response to Plaintiff's FOIA request. On July 29, 2024, NARA sent a response letter to Plaintiff detailing the responsive records processed for release, subject to withholdings under FOIA Exemptions 6, 7(C), and 7(D). In lieu of scheduling an appointment to view the responsive records in person at the National Archives at College Park, Maryland, Plaintiff requested a reproduction copy of the files on July 29, 2024, and Defendant provided a reproduction price quote with payment instructions on July 31, 2024. Once Defendant confirmed receipt of payment from Plaintiff, it sent Plaintiff the completed reproduction order on August 30, 2024.

3. NARA reports that it is waiting to receive Plaintiff's position as to whether there are any issues for further discussion in this case. Plaintiff reports that she will provide NARA with a position on any possible outstanding issues before the next status report deadline.

4. The parties propose that they either file a stipulation of dismissal or an additional Joint Status Report on or before January 14, 2025, to update the Court on the status of the case.

Dated: November 4, 2024

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
Phone: (312) 243-5900
Email: foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      */s/ Christina O'Tousa*
CHRISTINA O'TOUSA, D.C. Bar #241667
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437
christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*