UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICKA SEWELL-SMITH,<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>   Defendant. | Civil Action No. 24-1239 (JEB) |

## **JOINT STATUS REPORT**

  Plaintiff Nicka Sewell-Smith and Defendant National Archives and Records Administration, through counsel, respectfully submit this Joint Status Report pursuant to the Court's November 5, 2024, Minute Order.

  1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on April 26, 2024, and Defendant timely answered on May 31, 2024. The case concerns a May 16, 2019, FOIA request from Plaintiff to the National Archives and Records Administration.

  2. NARA reports that it completed its review of the responsive records and has issued its response to Plaintiff's FOIA request. On July 29, 2024, NARA sent a response letter to Plaintiff detailing the responsive records processed for release, subject to withholdings under FOIA Exemptions 6, 7(C), and 7(D). In lieu of scheduling an appointment to view the responsive records in person at the National Archives at College Park, Maryland, Plaintiff requested a reproduction copy of the files on July 29, 2024, and Defendant provided a reproduction price quote with payment instructions on July 31, 2024. Once Defendant confirmed receipt of payment from Plaintiff, it sent Plaintiff the completed reproduction order on August 30, 2024.

3. Plaintiff reports that she is satisfied with the search that Defendant has conducted and the documents that Defendant has produced. Therefore, a *Vaughn* index and dispositive motion briefing schedule will not be necessary.

4. The only issue remaining in this litigation is the question of attorneys' fees and costs. On December 6, 2024, Plaintiff sent a fee demand to resolve the case, which Defendant is reviewing.

5. The parties propose that they submit a joint status report on or before March 14, 2025, to allow the parties time to meet and confer in an attempt to resolve this case without further involvement of the Court. If the case has not been resolved by that date, the parties' joint status report will include an update on the parties' efforts to meet and confer and, if necessary, a proposed schedule for briefing a fee petition.

Dated: January 14, 2025

Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
Phone: (312) 243-5900
Email: foia@loevy.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____*/s/ Christina O'Tousa*_____
CHRISTINA O'TOUSA, D.C. Bar #241667
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437
christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*