UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICKA SEWELL-SMITH,

       Plaintiff,

   v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

       Defendant.

Civil Action No. 24-1239 (JEB)

## JOINT STATUS REPORT

Plaintiff Nicka Sewell-Smith and Defendant National Archives and Records Administration, through counsel, respectfully submit this Joint Status Report pursuant to the Court's March 17, 2025, Minute Order.

1.      This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on April 26, 2024, and Defendant timely answered on May 31, 2024.  The case concerns a May 16, 2019, FOIA request from Plaintiff to the National Archives and Records Administration ("NARA").

2.      NARA reports that it completed its review of the responsive records and has issued its response to Plaintiff's FOIA request.

3.      Plaintiff reports that she is satisfied with the search that Defendant has conducted and the documents that Defendant has produced.  Therefore, a *Vaughn* index and dispositive motion briefing schedule will not be necessary.

4.      The only issue remaining in this litigation is the question of attorneys' fees and costs.  On December 6, 2024, Plaintiff sent a fee demand to resolve the case, which Defendant is

reviewing.  On April 14, 2025, the parties reached an agreement in principle and request time to finalize the settlement paperwork.

5.    The parties propose that they submit either a joint status report or a stipulation of dismissal on or before May 14, 2025, to allow the parties time to finalize their purported settlement agreement and dismiss this case.

Dated: April 14, 2025

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
Phone: (312) 243-5900
Email: foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:    */s/ Heather Graham-Oliver*
    HEATHER GRAHAM-OLIVER
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2520
    heather.graham-oliver@usdoj.gov

*Attorneys for the United States of America*